IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PABLO MARTINEZ-HERNANDEZ,

    Petitioner,

v.                                                       1:25-cv-1094-DHU-KBM

TODD M. LYONS, *et al.*,

    Respondents.

## TEMPORARY RESTRAINING ORDER

    The Court has considered Petitioner's Emergency Motion for a Temporary Restraining Order, and for the reasons stated on the record at the hearing in this matter, the Court finds that Petitioner has demonstrated a likelihood of success on the merits of his habeas petition, that he will suffer irreparable harm in the absence of injunctive relief, and that the balance of equities and public interest weigh in his favor.

    Accordingly, IT IS HEREBY ORDERED that Respondents must release Petitioner unless they provide him an individualized bond hearing before a neutral Immigration Judge within seven (7) days of this Order.

    IT IS SO ORDERED.

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE