# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PABLO MARTINEZ-HERNANDEZ,

    Petitioner,

v.                                       1:25-cv-1094-DHU-KBM

TODD M. LYONS, *et al.*,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on the Petitioner's Motion for Voluntary Dismissal without Prejudice. Doc. 25. The Court, having reviewed the Motion and being fully advised that Petitioner is no longer present in the United States, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Voluntary Dismissal is **GRANTED** and this civil habeas action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE